■ In the Matter of JON ERIC GARDE, an Attorney, Resignor. [997 NYS2d 663]— Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Nov. 18, 2014.)

■ In the Matter of CHRISTOPHER B. REICH, an Attorney, Resignor. [997 NYS2d 664]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Nov. 17, 2014.)

■ In the Matter of CHARLES W. WASON, an Attorney, Resignor. [997 NYS2d 664]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Nov. 17, 2014.)

■ In the Matter of HEIDI L. HOLMAN, an Attorney, Resignor. [997 NYS2d 664]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Nov. 24, 2014.)

■ In the Matter of JAMES HELD, an Attorney, Resignor. [997 NYS2d 664]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Nov. 25, 2014.)

■ In the Matter of DENNIS R. BLACK, an Attorney, Resignor. [997 NYS2d 643]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Dec. 1, 2014.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. JOHNSON, Appellant. [998 NYS2d 130]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ATO D. CLYBURN, Appellant. [998 NYS2d 130]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Valentino and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. [998 NYS2d 130]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Whalen, JJ.